■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD CIRILO, Appellant. — Judgment, Supreme Court, New York County (Stanley Sklar, J.), rendered on March 9, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Asch, Bloom and Ellerin, JJ.

■ MARY ROBINSON, Respondent, v PARKWAY PRIVATE CAB SERVICE et al., Appellants. — Appeal from default judgment, Supreme Court, Bronx County (Irwin Silbowitz, J.), entered on October 19, 1983, unanimously dismissed as nonappealable, without costs and without disbursements. Were we to reach the merits, we would affirm. No opinion. Concur — Kupferman, J. P., Sullivan, Asch, Bloom and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE YOUSSEF, Appellant. — Judgment, Supreme Court, New York County (Sybil Kooper, J.), rendered on June 13, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Sandler, J. P., Sullivan, Carro, Fein and Milonas, JJ.